POLHEMUS, Respondent, v. CORNELL STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by George D. Pol-

hemus, as administrator, etc., of Herbert Polhemus, deceased, against the Cornell Steamboat Company. No opinion. Motion denied.